■ LAWRENCE D. GERSTEN, as Administrator, Respondent, v HEMPSTEAD GENERAL HOSPITAL, Defendant, and RONALD PRIMIS et al., Appellants. —In an action to recover damages for wrongful death predicated upon the alleged medical malpractice of defendants, the individual defendants appeal from an order of the Supreme Court, Nassau County, dated January 14, 1977, which denied their motion for an order of preclusion. Order affirmed, with $50 costs and disbursements. The Special Term correctly exercised its discretion in denying appellants' motion. Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.

■ NATHAN GROSSMAN et al., Respondents, v GEORGE WISSER et al., Appellants.—In an action to recover brokerage commissions, defendants appeal from an order of the Supreme Court, Nassau County, dated February 4, 1977, which denied their motion for an order of preclusion. Order affirmed, with $50 costs and disbursements. As determined by the Special Term, the bill of particulars is neither insufficient nor defective. Martuscello, J. P., Latham, Margett and O'Connor, JJ., concur.